UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY MEULENBERG and
SHARON MACDERMID, individually
and on behalf of others similarly
situated

      Plaintiffs,

v.                                    Case No:   2:16-cv-332-FtM-29CM

21ST CENTURY ONCOLOGY
HOLDINGS, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket. Pursuant to 28 U.S.C. §445(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."   Importantly, "the benefit of the doubt must be resolved in favor of recusal."   *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).

ACCORDINGLY, it is hereby

**ORDERED:**

The Honorable Carol Mirando is hereby **RECUSED** from the instant case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

- 2 -